IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 14-114-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PRESTON DAVID BELL, | |
| Defendant. | |

The Court received the attached Death Certificate of the Defendant, Preston David Bell on April 9, 2018. Therefore,

IT IS HEREBY ORDERED that the May 17, 2017 Judgment on Revocation of Supervised Release (Doc. 55) is **VACATED**.

IT IS FURTHER ORDERED that the Petition for Warrant or Summons for Offender Under Supervision (Doc. 62), filed November 13, 2017, is **DISMISSED** with prejudice and the sealed arrest warrant (Doc. 63) is **QUASHED**.

The Clerk of Court is directed to notify counsel and the U.S. Marshal Service of the making of this Order.

DATED this 10th day of April, 2018.

SUSAN P. WATTERS
United States District Judge

1